UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEJIA WANG,<br>   a/k/a "Tony Wang,"<br><br>Defendant. | Criminal No. 25cr10274<br><br>Violations:<br><br>Count One: Conspiracy to Commit Wire and Mail Fraud<br>(18 U.S.C. § 1349)<br><br>Count Two: Money Laundering Conspiracy<br>(18 U.S.C. § 1956(h))<br><br>Count Three: Conspiracy to Commit Identity Theft<br>(18 U.S.C. §§ 1028(a)(7) and (f))<br><br>Forfeiture Allegations:<br>(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C.<br>§ 2461(c); 18 U.S.C. §§ 981(a)(1) and (a)(2)(B),<br>1028(b)(5), 1030(i); and 19 U.S.C. § 1595a(d)) |

**GOVERNMENT'S MOTION TO SEAL INFORMATION**

The United States hereby respectfully moves the Court to seal the Information, this motion, the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that one of the individuals named in the Information, co-conspirator Zhenxing Wang of New Jersey, has been named in a sealed Indictment returned on June 26, 2025. *See* 25-cr-10273-NMG (under seal). An arrest warrant for Zhenxing Wang was also issued but has not yet been executed. Public disclosure of the Information at this time, therefore, may jeopardize the government's ability to arrest Zhenxing Wang. The United States intends to move to unseal the Information upon the arrest of Zhenxing Wang.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents that the United States Attorney has filed in the above-styled matter.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ Jason A. Casey
JASON A. CASEY
Assistant U.S. Attorney

Dated: June 27, 2025

So ordered.

_____
UNITED STATES MAGISTRATE JUDGE