UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Criminal No. 25-cr-10274-NMG |
| v. | ) ) ) | Violations: |
| KEJIA WANG, a/k/a "Tony Wang," | ) ) ) ) | Count One: Conspiracy to Commit Wire and Mail Fraud (18 U.S.C. § 1349) |
| Defendant. | ) ) ) ) | Count Two: Money Laundering Conspiracy (18 U.S.C. § 1956(h)) |
| | ) ) ) ) | Count Three: Conspiracy to Commit Identity Theft (18 U.S.C. §§ 1028(a)(7) and (f)) |
| | ) ) ) ) ) ) ) | Forfeiture Allegations: (18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); 18 U.S.C. §§ 981(a)(1) and (a)(2)(B), 1028(b)(5), 1030(i); and 19 U.S.C. § 1595a(d)) |

## NOTICE OF APPEARANCE

The United States of America, through its undersigned Trial Attorney, respectfully submits this Notice of Appearance, requesting that Trial Attorney Gregory Jon Nicosia, Jr. be informed of all future filings in the above-captioned case.

Respectfully submitted,

JOHN A. EISENBERG
ASSISTANT ATTORNEY GENERAL
NATIONAL SECURITY DIVISION

By:    */s/ Gregory J. Nicosia, Jr.*
GREGORY JON NICOSIA, JR.
DC Bar No. 1033923
Trial Attorney
National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 353-4273
Gregory.Nicosia@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was filed on July 18, 2025 with the Clerk via CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Gregory J. Nicosia, Jr.*
GREGORY JON NICOSIA, JR.
Trial Attorney
National Security Division