# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KEJIA WANG,<br><br>    Defendant. | Case No. 1:25-CR-10274-NMG-1 |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendant Kejia Wang.

             Respectfully submitted,

             *s/ James F. Radke*
             James F. Radke, Esq.
             Mass. Bar #667299
             jradke@harrisbeachmurtha.com

             Harris, Beach, Murtha Cullina PLLC
             33 Arch St. 12th Floor
             Boston, MA 02110-2320
             O 617.457.4000 | F 617.482.3868
             www.harrisbeachmurtha.com

Dated:   July 30, 2025

## CERTIFICATE OF SERVICE

I, James F. Radke, hereby certify that on July 30, 2025, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the District of Massachusetts using the CMECF system, thereby serving a copy of the document on all counsel of record.

Dated: July 30, 2025

Respectfully submitted,

*s/ James F. Radke*
James F. Radke, Esq.
Mass. Bar #667299
jradke@harrisbeachmurtha.com

Harris, Beach, Murtha Cullina PLLC
33 Arch St. 12th Floor
Boston, MA 02110-2320
O 617.457.4000 | F 617.482.3868
www.harrisbeachmurtha.com

4935-2546-6456.v1