# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEJIA WANG,<br><br>Defendant. | Case No. 1:25-CR-10274-NMG-1<br><br>**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Rule 85.5.3(e) of the Local Rules for the District of Massachusetts, JAMES F. RADKE, Esq., hereby moves this Court for an Order admitting Murdoch Walker, II, Esq., to practice *Pro Hac Vice* to appear as counsel for Defendant in the above-captioned action.

As grounds for this motion, the undersigned represents the following:

1.  Murdoch Walker is a member in good standing of the State Bar of Georgia and has also been admitted in numerous federal jurisdictions as set forth in his accompanying Certification.

2.  There are no disciplinary proceedings against Mr. Walker as a member of the bar of any jurisdiction.

3. Mr. Walker has represented to the undersigned counsel that he is familiar with the Local Rules of the United States District Court for the District of Massachusetts and that he agrees to comply with the same.

4. Mr. Walker has not previously had a *pro hac vice* admission to this Court or other admission for a limited purpose under this rule revoked for misconduct.

5. Mr. Walker has submitted herewith his Certification for Admission *Pro Hac Vice* as required by Local Rule.

Dated: July 30, 2025

Respectfully submitted,

***s/ James F. Radke***
James F. Radke, Esq.
Mass. Bar #667299
jradke@harrisbeachmurtha.com

Harris, Beach, Murtha Cullina PLLC
33 Arch St. 12th Floor
Boston, MA 02110-2320
O 617.457.4000 | F 617.482.3868
www.harrisbeachmurtha.com

4928-1059-9256.v1

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Undersigned counsel certifies that counsel for Defendant has conferred with the Office of United States Attorney for the District of Massachusetts in a good faith effort to resolve or narrow the issues raised by this motion and has confirmed that the United States Attorney for the District of Massachusetts assents to the relief sought by this motion.

Dated:      July 30, 2025

Respectfully submitted,

*s/ James F. Radke*
James F. Radke, Esq.
Mass. Bar #667299
jradke@harrisbeachmurtha.com

Harris, Beach, Murtha Cullina PLLC
33 Arch St. 12th Floor
Boston, MA 02110-2320
O 617.457.4000 | F 617.482.3868
www.harrisbeachmurtha.com

4928-1059-9256.v1

## CERTIFICATE OF SERVICE

I, James F. Radke, hereby certify that on July 30, 2025, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the District of Massachusetts using the CMECF system, thereby serving a copy of the document on all counsel of record.

Dated:        July 30, 2025

Respectfully submitted,

*s/ James F. Radke*
James F. Radke, Esq.
Mass. Bar #667299
jradke@harrisbeachmurtha.com

Harris, Beach, Murtha Cullina PLLC
33 Arch St. 12th Floor
Boston, MA 02110-2320
O 617.457.4000 | F 617.482.3868
www.harrisbeachmurtha.com

4928-1059-9256.v1