AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:25-CR-10274-NMG-1 |
| KEJIA WANG | ) |
| | ) |
| Defendant | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9/3/2025

_Kejia Wang_
Defendant's signature

_[signature]_
Signature of defendant's attorney

_Murdoch Walker III_
Printed name of defendant's attorney

09/03/2025

_NMGorton_
Judge's signature

Judge's printed name and title