UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | |
| ) | Case No. 25-cr-10274-NMG |
| KEJIA WANG, ) | |
| ) | |
| Defendant ) | |

## ASSENTED-TO MOTION TO CONTINUE SENTENCING

The United States of America, with the assent of the defendant, hereby moves to continue the sentencing in this matter. The sentencing is currently scheduled for December 16, 2025. The parties respectfully request that sentencing be continued until either February 12, 2026, or February 24, 2026. The requested continuance will allow counsel for the United States and the defendant additional time to compile information that is relevant to sentencing and to prepare their respective sentencing submissions to the Court.

WHEREFORE, the United States respectfully asks the Court to continue sentencing in this matter until either date set forth above or another date in February 2026 convenient to the Court.

Respectfully submitted,

LEAH B. FOLEY,
United States Attorney

By:  */s/ Jason A. Casey*
Jason A. Casey
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Jason A. Casey*
Jason A. Casey
Assistant U.S. Attorney