February 07, 2026

The Honorable Judge,
United States District Court

Subject : Character Reference Letter for Mr. Kejia Wang

Your Honor,

My name is Charles Arokiaswamy, and I am a Sr.Project Accountant at a highly reputable Construction Firm. I am writing this letter on behalf of Mr. Kejia , whom I have known personally and professionally for nearly nine years. We worked together as colleagues in the construction accounting field, which afforded me the opportunity to observe his character, work ethic, and personal values on a daily basis. I am aware that Mr. Kejia has been convicted of an offense, and it is precisely because of this knowledge that I'm  to write this honest and heartfelt account of the man I have come to know.

Throughout all these years I had the privilege of working alongside Mr.Kejia, I witnessed firsthand his unwavering commitment to his professional responsibilities. He approached every task with dedication, integrity, and one hundred percent effort. He was consistently reliable, thorough, and highly regarded by his peers and supervisors alike. Mr.Kejia was not merely a competent colleague, he was also a person of strong moral character who took great pride in doing the right thing.

He was the first to volunteer assist when a team member was struggling, and he never hesitated to go above and beyond what was required of him. I was part of his team,in the previous construction firm we both worked for nearly six years and he personally mentored me on all the projects I worked on. He trained me with patience and integrity in a world where very few are willing to share their experience and knowledge in today's competitive job environment.I have no doubt in my mind that Mr.Kejia's conviction to the work and his personal life is significant and a principled man.

Beyond the workplace, I had the wonderful opportunity to know Mr.Kejia'on a personal level. I visited his home on several occasions, where we enjoyed playing table tennis together after office hours. During those visits, I was deeply moved by the warmth, love, and unity that I saw firsthand in his household. Tony is a devoted family man. He is a caring and responsible husband and father who takes his role as the head of his household very seriously. What struck me most was his tender dedication to his elderly parents. Tony personally ensured that their daily needs were met with patience, love, and deep respect. Witnessing this level of devotion spoke volumes about his character and the values instilled in him.

Mr.Kejia also s a man who deeply respects the laws and institutions of this country. In all the years I have known him, he has consistently demonstrated a strong sense of civic responsibility and a genuine belief in doing what is right. He is a law-abiding citizen who

holds the Constitution of the United States in the highest regard. I firmly believe that this experience has been profoundly humbling for him, and I have personally observed the remorse and anguish he has carried as a result of this situation. Tony is not the type of man who takes mistakes lightly. He holds himself to a high standard and is deeply troubled when he falls short of his own values. I believe with full confidence that he will emerge from this experience as an even more thoughtful, reflective, and committed member of society.

I would wholeheartedly trust Mr.Kejia Wang as an employee, a business partner, and a neighbor. His professional skills, combined with his strong moral values, make him a valuable contributor to any organization and the community. I am confident that he will continue to be a productive, law-abiding, and contributing member of society. He has a loving family that depends on him and elderly parents who need his care. The Kejia Wang I know is a good man who made a mistake, and I sincerely believe that he will not repeat it. I respectfully ask that Your Honor take this letter into consideration during sentencing and extend compassion in recognition of his outstanding character.

Thank you, Your Honor, for taking the time to read this letter. Should you require any further information or wish to speak with me directly, please do not hesitate to contact me at the information provided below.

Respectfully submitted,

**Charles Arokiaswamy**

**Date:** February 19, 2026

**To:** The Honorable Nathaniel M. Gorton,

**RE: Character Letter for Kejia Wang**

**Your Honor,**

My name is Junjie He, and I am a CPA currently serving as the CFO of a local construction company. I am writing this letter on behalf of Kejia Wang, whom I have known closely for 15 years. Over the years, we have maintained a steady and meaningful friendship. I am fully aware of the charges for which Mr. Wang has been convicted.

Given my own professional background in construction finance, I can speak with confidence regarding Kejia's career. Kejia serves as the Regional Controller for the largest general contractor in New York City. In this high-level role, he is responsible for the job costs and financials of massive construction projects across the city—a position that requires immense integrity, organization, and a level of trust that few can maintain. His success is entirely self-made; I remember in the earlier years of our friendship, Kejia worked as an accountant during the day and then took on shifts as a bartender or restaurant server at night to support his family.

Kejia is a "family guy" in every sense. I was honored to be invited to his wedding, and I have seen firsthand his growth as a husband and father. My bond with his family is so close that I visited both of his younger sons at hospital shortly after they were born. As the sole provider for his four sons and his elderly parents, he manages every aspect of his household with care. He does not spend his nights out for leisure; he is devoted entirely to his home life.

Based on 15 years of friendship and my own professional perspective, I truly believe that the current offense is completely out of character for Kejia. In our recent conversations, his remorse has been palpable. He has expressed to me that his biggest fear and greatest source of pain is the possibility that he will not be able to watch his sons grow up and go to college. He is clearly beating himself up over the impact his mistake could have on his children's futures. I view this as a one-time lapse in judgment, and I am confident he will remain a law-abiding citizen moving forward.

I hope you will consider Kejia's 15-year history of professional excellence, his selfless hard work, and his vital role as a father when determining his sentence. Thank you for your time and for considering my perspective.

Sincerely,

Junjie He

Honorable Nathaniel M. Gorton

Dear Judge Gorton,

I am writing in support of Kejia Wang, whom I have known for over fifteen years as both a former co-worker and a close personal friend. During this time, I have come to know his character well through both professional and personal interactions.

Kejia and I began working at Absolute Electrical Contracting of NY at nearly the same time. He consistently demonstrated a strong work ethic, reliability, and accountability.  He always completed his work by the end of the day and never left tasks unfinished. Kejia Wang was responsible for Accounts Receivable, a role requiring honesty and careful financial handling.

During periods of severe cash-flow difficulty, Kejia went beyond his duties. On multiple occasions, he drove up to two hours to personally collect checks from clients and ensured the funds were deposited the same day, reflecting his dedication and the trust placed in him.

As a personal friend, Kejia has been thoughtful and dependable. During my pregnancy, he drove me home from work to ensure my safety even though it required a detour. Later, when he joined a larger, publicly traded company, he recommended that I apply for a position there because he believed it would offer greater stability and better compensation. His actions reflected genuine concern for my well-being and professional growth.

I understand that Kejia Wang is before the Court for sentencing and respect the seriousness of these proceedings. While I do not minimize the circumstances involved, I believe it is important to consider the broader context of who he is. Based on my fifteen years of knowing him, I believe he possesses strong character and the capacity to move forward in a responsible and positive manner.

Thank you for your time and consideration.

Sincerely,

Ziying Wang

February 25, 2026

The Honorable Judge,

United States District Court

Subject: Character Reference Letter of Mr. Kejia Wang

Your Honor,

Thank you for taking the time to read this letter. My name is Peipei Zhang, the wife of Kejia Wang. I hope this letter can help the judge understand a more authentic Kejia Wang. I met my husband in 2014, and his first impression to me was maturity introverted and always gentle with people. As we gradually got to know each other, I discovered that he was a positive and upward person vitality. We got married in 2017. I stopped working since I got pregnant in winter 2018. He took charge of both external and internal affairs. The Heavy burden of the family fell on his shoulders along but he never complained. He worked even harder. He always wants to give us a better life. He endured the hardships of taking care of our child and served as an all-around dad during weekends. I always silently thank God in my heart for letting me meet such an excellent husband. He is diligent and conscientious in his work, and very rigorous and never perfunctory.

He is the NY regional controller at AECOM Tishman. He is always patient when his colleagues ask him for advice repeatedly. He is someone who always thinks of others. He has been silently donating to Save the Children Organization since 2020. Although the amount is not large, he said it was his intention, and he would be very happy to help the children. He is a kind father as well. He is more patient when educating and accompanying our sons. He will choose to go home when he encounters company gatherings. He said he is usually busy with work, and he wants to spend more time with his children and accompanying his family. Let all children enjoy fatherly love because he grew up in a single parent family.

I understand my husband has committed a crime, and he regrets what he did in the past few years. ███████████████████████████████████
███████████████████████████

He felt ashamed of his ignorance of the law. He just wanted to do a side job to bring more income to the family. He had no idea that they were using my husband's identity to deceive the interests of the country and to bring such great harm to the country. If he had

investigated and understood these so-called friends more, he would not be deceived by them. Please believe that if he had known from the beginning that they were deceiving him into committing illegal activities My husband would never do it. He will never commit crimes for personal gain because he has a very stable and well-paying job. There is absolutely no need to lose personal freedom for the sake of a little profit.

He is the pillar of our family, and we cannot bear the pain of losing him. He is someone who would rather suffer himself than let his family live a good life. As a son he wants to give his parents a prosperous life. As a father he wants to provide better living conditions for his children. He never considers himself, and he always spends his money on his family and on repairing our house. He financially supported his grandmother in China when she was sick and stayed in the hospital.

Your Honor please believe my husband is not a bad person. This is really a big mistake of losing oneself by trusting others. He is a highly educated intellectual. I am hoping for the judge to give him a chance to reform himself given his sincere repentance and active cooperation. Please accept a lenient sentence.

Peipei Zhang