UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
        v.                        )   Criminal No. 25-CR-10274-NMG
                                  )
KEJIA WANG,                       )
a/k/a "Tony Wang",                )
                                  )
        Defendant.                )

## ORDER OF FORFEITURE (MONEY JUDGMENT)

**GORTON, S.J.**

WHEREAS, on June 27, 2025, the United States Attorney for the District of Massachusetts filed a three-count Information charging defendant Kejia Wang a/k/a "Tony Wang" (the "Defendant") with Conspiracy to Commit Wire and Mail Fraud, in violation of 18 U.S.C. § 1349 (Count One); Money Laundering Conspiracy, in violation of 18 U.S.C. § 1956(h) (Count Two); and Conspiracy to Commit Identity Theft, in violation of 18 U.S.C. §§ 1028(a)(7) and (f) (Count Three);

WHEREAS, the Information also included a forfeiture allegation which provided notice that the United States intended to seek the forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of the Defendant of the offense alleged in Count One of the Information, of any property, real or personal, which constitutes or is derived from proceeds traceable to the offense; pursuant to 18 U.S.C. § 982(a)(1), upon conviction of the Defendant of the offense alleged in Count Two of the Information, of any property, real or personal, involved in such offense, and any property traceable to such property; and pursuant to 18 U.S.C. § 982(a)(2)(B), upon conviction of the Defendant of the offense alleged in Count Three of the

1

Information any property constituting, or derived from, proceeds the person obtained directly or indirectly, as a result of such offense;

WHEREAS, on September 3, 2025, at a hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Defendant pled guilty to Counts One through Three of the Information, pursuant to a written plea agreement that he signed on May 20, 2025;

WHEREAS, in Section 6 of the plea agreement, the Defendant agreed to forfeit to the United States $400,000 on the grounds that such amount is equal to the amount of proceeds derived from the offenses and/or the amount of money involved as a result of his guilty plea;

WHEREAS, based on the Defendant's admissions in the written plea agreement and his guilty plea on September 3, 2025 , the United States is entitled to an Order of Forfeiture consisting of a personal money judgment against the Defendant, in the amount of $400,000 in United States currency, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); 18 U.S.C. §§ 981(a)(1) and (a)(2)(B), 1028(b)(5), 1030(i);

WHEREAS, the amount of $400,000 constitutes proceeds that the Defendant obtained and/or money involved as a result of violations of 18 U.S.C. § 1349, 18 U.S.C. § 1956(h), and 18 U.S.C. §§ 1028(a)(7) and (f); and

WHEREAS, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

1.    The Defendant shall forfeit to the United States the sum of $400,000, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) and 18 U.S.C. §§ 982(a)(1) and (a)(2)(B).

2.      This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

3.      The United States may, at any time, move pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure to amend this Order to substitute property having a value not to exceed the amount set forth in Paragraph 1 to satisfy the money judgment in whole or in part.

4.      The United States may, at any time, conduct pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(m), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), any discovery to identify, locate or dispose of forfeitable property or substitute assets, including, but not limited to, depositions and requests for documents, electronically stored information, and tangible things.

5.      Pursuant to Rule 32.2(b)(4), this Order shall be included in the sentence pronounced and imposed by the Court at the sentencing hearing, and in the criminal judgment entered by this Court against the Defendant.

NATHANIEL M. GORTON
United States Senior District Judge

Dated:    04/15/2026