UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 25-CR-10274-NMG |
| ) | |
| KEJIA WANG, ) | |
| a/k/a "Tony Wang" ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SATISFACTION OF MONEY JUDGMENT

Now comes the United States of America, and acknowledges satisfaction of the Order of

Forfeiture (Money Judgment) entered against the defendant, Kejia Wang, a/k/a "Tony Wang", on

April 15, 2026, in the amount of $400,000 in the above-captioned matter (*see* Docket No. 35), by

payment in full by the defendant on or about March 10, 2026.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:   /s/ *Carol E. Head*
CAROL E. HEAD
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Dated: April 21, 2026          carol.head@usdoj.gov