**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:25-CR-10274-NMG-1 |
| | ) | |
| KEJIA WANG | ) | |

**MOTION FOR EXTENSION OF TIME TO VOLUNTARILY SURRENDER**

Mr. KEJIA WANG, pursuant to 18 U.S.C. § 3143(a), respectfully moves this Court to extend his voluntarily surrender date, currently on June 10, 2026, for not less than ninety days.

**I.      Relevant Procedural History**

On April 24, 2026, this Court sentenced Mr. Wang to a term of imprisonment of 108 months and a term of supervised release of three years. (J. in a Criminal Case, ECF No. 37.) On that same day, this Court ordered that Mr. Wang surrender to an institution designated by the Federal Bureau of Prisons ("BOP") on June 10, 2026. (*Id.*)

**II.     Factual Assertions**

Mr. Wang is the sole financial provider for his wife and two young sons, ages three and six. Presentence Investigation Report ¶ 95–99, Apr. 8, 2026. After resigning from his current job, Mr. Wang expects to receive his final paycheck on

1

June 19, 2026. As Mr. Wang's wife does not work, his last check will be incredibly important to his family's transition to life without him. Additionally, when Mr. Wang resigns, his wife's and children's health insurance will expire, so he will need time to seek private insurance for his young family that they can afford while he is in prison.

In addition, Mr. Wang's two elder sons are both eighteen years old and very excited to start college this September. Mr. Wang hopes to assist his sons with their enrollment processes and help them move into their first-ever dormitories. Mr. Wang's three-year-old son is also beginning Pre-Kindergarten this September. Given that this Court sentenced Mr. Wang to approximately nine years' imprisonment, it is all the more important that he can be there for these important milestones in his children's lives.

## III.    Argument and Citation of Authority

This Court has the authority to extend Mr. Wang's voluntary surrender date. 18 U.S.C. § 3143(a)(1)). Furthermore, this Court, by releasing Mr. Wang pending the execution of his sentence, has found by clear and convincing evidence that he is neither "likely to flee or pose a danger to any other person or the community . . . ." *Id.*

Mr. Wang submits that an extension of his voluntary surrender date is warranted due to his family obligations. Mr. Wang's family expects to be in an

extremely difficult financial situation when Mr. Wang is incarcerated. Mr. Wang hopes to relieve his wife and young children of as much of that burden as possible, both financially and emotionally, by supporting them as much as possible before his self-surrender.

Therefore, a three-month extension of Mr. Wang's self-surrender date is warranted.

## IV.    Opposing Party's Position

The Government <u>opposes</u> a ninety-day extension of Mr. Wang's deadline to voluntarily surrender. However, it <u>does not</u> oppose a thirty-day extension.

## V.    Conclusion

Mr. Wang, based on the foregoing factual assertions and argument, prays that this Court extend his voluntary surrender date for ninety days.

Date:        June 1, 2026

Respectfully Submitted,

**_s/ Murdoch Walker, II_**
Murdoch Walker, II, Esq.
Ga. Bar # 163417
mwalker@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3650
Atlanta, GA 30303
O 404.496.4052 | F 866.819.7859

Attorney for Defendant
Kejia Wang

4

N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )          1:25-CR-10274-NMG-1
                                  )
KEJIA WANG                        )

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, I electronically filed the foregoing

MOTION FOR EXTENSION OF TIME TO VOLUNTARILY SURRENDER with

the Clerk of the United States District Court for the District of Massachusetts by

way of the CM/ECF system, which automatically will serve this document on

the attorneys of record for the parties in this case by electronic mail.

        Date:        June 1, 2026

                                Respectfully Submitted,

                                *s/ Murdoch Walker, II*
                                Murdoch Walker, II, Esq.
                                Ga. Bar # 163417
                                mwalker@lowtherwalker.com

                                Lowther | Walker LLC
                                101 Marietta St. NW, Ste. 3650
                                Atlanta, GA 30303
                                O 404.496.4052 | F 866.819.7859
                                www.lowtherwalker.com