## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:25-CR-10274-NMG-1 |
| | ) | |
| KEJIA WANG | ) | |

## MOTION FOR EXTENSION OF TIME TO VOLUNTARILY SURRENDER

Mr. KEJIA WANG, pursuant to 18 U.S.C. § 3143(a), respectfully moves this

Court to extend his voluntarily surrender date, currently on June 10, 2026, for not

less than ninety days.

### I.   Relevant Procedural History

On April 24, 2026, this Court sentenced Mr. Wang to a term of

imprisonment of 108 months and a term of supervised release of three years. (J.

in a Criminal Case, ECF No. 37.) On that same day, this Court ordered that Mr.

Wang surrender to an institution designated by the Federal Bureau of Prisons

("BOP") on June 10, 2026. (*Id.*)

### II.   Factual Assertions

Mr. Wang is the sole financial provider for his wife and two young sons,

ages three and six. Presentence Investigation Report ¶ 95–99, Apr. 8, 2026. After

resigning from his current job, Mr. Wang expects to receive his final paycheck on

*Motion allowed, in part, and denied, in part; defendant shall self report to an institution designated by the Bureau of Prisons on Fri., July 10, 2026, before 2:00 P.M. There will be no further extensions. /s/ Nathaniel M. Gorton, SUSDJ 06/03/2026*