UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  1:25-CR-10274-001 |
| | ) | |
| KEJIA WANG | ) | |
| Defendant. | ) | |

## SATISFACTION OF RESTITUTION AND/OR FINE JUDGMENT

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, Kejia Wang, by payment in full.  A Notice of Satisfaction of the Order of Forfeiture (Money Judgment) was filed on April 21, 2026.  *See* Docket No. 36.

<div style="margin-left:50%">

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

LEAH B. FOLEY
United States Attorney

By:　/s/ Carol E. Head
　　CAROL E. HEAD
　　Assistant United States Attorney
　　One Courthouse Way, Suite 9200
　　Boston, MA 02210
　　(617) 748-3100
　　Carol.Head@usdoj.gov

</div>

Date: July 14, 2026